Rudolph A. Telscher, Jr.
Missouri Bar No. 41072
Has complied with LR IA 11-2
Daisy Manning
Missouri Bar No. 62134
Has complied with LR IA 11-2
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
rudy.telscher@huschblackwell.com
daisy.manning@huschblackwell.com

and

W. West Allen
Nevada Bar No. 5566
HOWARD & HOWARD
3800 Howard Hughes, #1000
Las Vegas, NV 89169
702-667-4843 Telephone
702-567-1568 Facsimile
wwa@h2law.com

*Attorneys for Plaintiff TricorBraun Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRICORBRAUN INC., | Case No.: 2:17-cv-02804-GMN-NJK |
| Plaintiff, | **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| GHOST, LLC, | |
| Defendant. | **(First Request)** |

Plaintiff TricorBraun Inc. files this Agreed Motion to Extend Defendant Ghost, LLC's Deadline to answer or otherwise respond to Plaintiff's Complaint and in support thereof states as follows:

This is the first request for extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendant's current deadline to answer or otherwise respond is February 16, 2018. By agreement of the parties and in order to continue settlement discussions, Plaintiff respectfully requests the Court enter an Order extending Defendant's

deadline to answer or otherwise respond to Plaintiff's complaint by 30 days, from February 16, 2018 up to and including March 19, 2018.

Dated: February 5, 2018

Respectfully submitted,

By: */s/ Daisy Manning*
Rudolph A. Telscher, Jr.
Daisy Manning
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1841 (P)
(314) 480-1505 (F)

and

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 667.4843 (P)
(702) 567.1568 (F)

***Attorneys for Plaintiff TricorBraun Inc.***

IT IS SO ORDERED.
Dated: February 6, 2018
.
_____
United States Magistrate Judge