Rudolph A. Telscher, Jr.
Missouri Bar No. 41072
Has complied with LR IA 11-2
DAISY MANNING
Missouri Bar No. 62134
Has complied with LR IA 11-2
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
rudy.telscher@huschblackwell.com
daisy.manning@huschblackwell.com

and

W. West Allen
Nevada Bar No. 5566
HOWARD & HOWARD
3800 Howard Hughes, #1000
Las Vegas, NV 89169
702-667-4843 Telephone
702-567-1568 Facsimile
wwa@h2law.com

*Attorneys for Plaintiff TricorBraun Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRICORBRAUN INC., <br><br> Plaintiff, <br><br> v. <br><br> GHOST, LLC, <br><br> Defendant. | Case No.: 2:17-cv-02804-GMN-NJK |

## STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT
### [SECOND REQUEST]

/ / / /

/ / / /

/ / / /

/ / / /

Defendant Ghost, LLC, by and through the law firm Marquis Aurbach Coffing, and Plaintiff Tricorbraun Inc., by and through the law firms of Howard & Howard and Husch Blackwell LLP, hereby stipulate and agree as follows:

1. On February 5, 2018, Plaintiff submitted a motion to extend time for Defendant to respond to the Complaint presently on file with the Court, ECF No. 14, which extended the period of time for Defendant to respond up and until March 19, 2018.

2. During this period of time, the parties have actively worked toward resolution of the matter.

3. Currently, it appears the parties have reached a mutually agreeable resolution and documentation is presently being circulated to formalize that resolution.

4. There are certain conditions which must be performed for the matter to be fully resolved.

5. Upon satisfaction of those conditions, the parties shall submit documentation requesting dismissal of the matter, with prejudice.

6. Based upon this, the parties respectfully request that the Court enlarge the time for Defendant to respond to the operative complaint up and until Tuesday April 3, 2018 as the parties believe the conditions will be fully performed by such date.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

7. The parties, therefore, stipulate and agree that the deadline for Defendant to answer or otherwise respond shall be enlarged up to and including Tuesday April 3, 2018.

8. This stipulation is not entered into for the purpose of undue delay.

Dated this 16th day of March, 2018.

MARQUIS AURBACH COFFING

By: /s/ Christian Balducci
    Christian T. Balducci, Esq.
    Nevada Bar No. 12688
    10001 Park Run Drive
    Las Vegas, NV 89145
    *Attorney for Defendant Ghost, LLC*

Dated this 16th day of March, 2018.

HOWARD & HOWARD

By: /s/ W. West Allen
    W. West Allen
    Nevada Bar No. 5566
    3800 Howard Hughes, #1000
    Las Vegas, NV 89169

    HUSCH BLACKWELL LLP
    Rudolph A. Telscher, Jr.
    Missouri Bar No. 41072
    *Has complied with LR IA 11-2*
    DAISY MANNING
    Missouri Bar No. 62134
    *Has complied with LR IA 11-2*
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105

    *Attorneys for Plaintiff TricorBraun Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated: March 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE