Rudolph A. Telscher, Jr.
Missouri Bar No. 41072
Has complied with LR IA 11-2
DAISY MANNING
Missouri Bar No. 62134
Has complied with LR IA 11-2
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
rudy.telscher@huschblackwell.com
daisy.manning@huschblackwell.com

and

W. West Allen
Nevada Bar No. 5566
HOWARD & HOWARD
3800 Howard Hughes, #1000
Las Vegas, NV 89169
702-667-4843 Telephone
702-567-1568 Facsimile
wwa@h2law.com

*Attorneys for Plaintiff TricorBraun Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRICORBRAUN INC., <br><br> Plaintiff, <br><br> v. <br><br> GHOST, LLC, <br><br> Defendant. | Case No.: 2:17-cv-02804-GMN-NJK <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

/ / / /

/ / / /

/ / / /

/ / / /

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff TricorBraun Inc., by and through its attorneys, the law firm of Howard & Howard, and Defendant Ghost, LLC, by and through its attorneys, the law firm of Marquis Aurbach Coffing, hereby stipulate to the voluntary dismissal of all claims in this action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 21st day of March, 2018.

MARQUIS AURBACH COFFING

By: */s/ Christian Balducci*
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Defendant Ghost, LLC*

Dated this 21st day of March, 2018.

HOWARD & HOWARD

By: */s/ W. West Allen*
W. West Allen
Nevada Bar No. 5566
3800 Howard Hughes, #1000
Las Vegas, NV 89169

HUSCH BLACKWELL LLP
Rudolph A. Telscher, Jr.
Missouri Bar No. 41072
*Has complied with LR IA 11-2*
DAISY MANNING
Missouri Bar No. 62134
*Has complied with LR IA 11-2*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

*Attorneys for Plaintiff TricorBraun Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated: this __23__ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

SLC-8587190-1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the appellate CM/ECF system on the 21st day of March, 2018.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

*/s/ Shannon Kearsley*

An employee of Howard and Howard PLLC
4847-5522-7487, v. 1